

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-21-00501-CR

Rudy **CORONADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-12-13471-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 15, 2023.

Liza A. Rodriguez, Justice